UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| NORTHERN TRUCK EQUIPMENT COMPANY,<br><br>            Plaintiff,<br><br>    vs.<br><br>OMAHA STANDARD, LLC,<br>a/k/a Omaha Standard Palfinger,<br>a/k/a Eagle Lift Palfinger,<br><br>            Defendant. | 4:13-CV-04088-KES<br><br><br>ORDER SCHEDULING PRETRIAL CONFERENCE AND JURY TRIAL |

The following deadlines are set for this case:

**Pretrial submissions due:**     Monday, May 16, 2016
**Pretrial conference:**              Monday, May 23, 2016, at 1:30 p.m.
**Jury trial:**                                Tuesday, June 7, 2016, at 9 a.m.

The pretrial conference and the trial will be held in Courtroom 2, 400 South Phillips Avenue, Sioux Falls, South Dakota. Each party will be represented at the pretrial conference by the attorney in charge of the conduct of the trial.

Pretrial submissions will include the following:

1. A list of witnesses to be called and a brief one-sentence summary of the testimony to be offered.

2. The proposed jury instructions with appropriate citations to the authority for each instruction. Submit only substantive instructions as to the law of the case. Do not submit standard stock instructions.

3. The name and telephone number of the attorney who is to be in charge of the pretrial conference.

4. A brief one-paragraph, non-biased summary of facts. The court will read a description of the case to the jury as part of the preliminary instructions.

5. All proposed stipulations.

6. The issues of law expected to be contested including citation to authority counsel intends to rely on at trial.

7. A list and brief description of exhibits that will be offered in evidence.

8. A list and brief description of charts, graphs, models, schematic diagrams, and similar objects that will be used in opening statement or closing argument whether or not they will be offered in evidence.

9. Suggestions for expediting disposition of the action.

10. An estimate of the length of total trial time.

**IN ADDITION, ALL PARTIES WILL:**

1. File motions in limine by **Monday, May 16, 2016**. Responses to any motions in limine are due by **Wednesday, May 18, 2016**.

2. Designate the pertinent portions of all depositions you intend to have included in the record by **Wednesday, May 18, 2016**. Notify opposing counsel of your designations and electronically file the designations and said depositions.

3. File any objections to depositions or parts thereof by **Tuesday, May 31, 2016**. The objection will state the page(s) and line(s) objected to and state the legal authority for the objections.

4. File any objections to proposed jury instructions by **Tuesday, May 31, 2016**.

5. Notify the court if you wish a settlement conference before a United States Magistrate Judge.

6. Terminate settlement negotiations by **Thursday, May 19, 2016**. Any settlement after this time for other than the relief prayed for will be grounds for imposition of sanctions.

7. Provide a copy of all exhibits and an exhibit list to the court and opposing counsel by noon the day prior to trial. Each exhibit should have its own number. Do not use subparts when marking exhibits.

Dated November 30, 2015.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE