UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| NORTHERN TRUCK EQUIPMENT CORP., <br><br> Plaintiff, <br><br> vs. <br><br> OMAHA STANDARD, LLC, a/k/a OMAHA STANDARD PALFINGER, a/k/a EAGLE LIFT PALFINGER, <br><br> Defendant. | CIV. 4:13-cv-04088 <br><br><br> **JOINT MOTION TO DISMISS CIVIL ACTION WITH PREJUDICE** |

The parties in the above-captioned action stipulate and jointly move the Court to dismiss this civil action with prejudice, with each party bearing its own costs and attorney's fees.

Dated at this 3rd day of June, 2016.

Mitchell A. Peterson
Davenport, Evans, Hurwitz & Smith, LLP
206 West 14th Street
PO Box 1030
Sioux Falls, SD 57101-1030
Telephone: (605) 336-2880
Facsimile: (605) 335-3639
E-mail: map@dehs.com, ehertz@dehs.com

*Attorneys for Plaintiff Northern Truck Equipment Corporation*

1

Dated at this __3d__ day of June, 2016.


_____
Michael E. Maxwell
140 Pearl Street, Suite 100
Buffalo, NY 14202
T: (716) 848-1495
F: (716) 819-4621
Mmaxwell@hodgsonruss.com

and

Gary P. Thimsen
Woods, Fuller, Shultz & Smith, P.C.
300 South Phillips Avenue, Suite 300
P.O. Box 5027
Sioux Falls, SD  57117-5027
T: (605) 336-3890
F: (605) 339-3357
Gary.Thimsen@woodsfuller.com

*Attorneys for Defendant Omaha Standard, LLC*