UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| NORTHERN TRUCK EQUIPMENT CORP., <br><br> Plaintiff, <br><br> vs. <br><br> OMAHA STANDARD, LLC, a/k/a OMAHA STANDARD PALFINGER, a/k/a, EAGLE LIFT PALFINGER, <br><br> Defendant. | 4:13-CV-4088-KES <br><br><br> JUDGMENT OF DISMISSAL |

Pursuant to the parties' joint motion for dismissal (Docket 11), it is

ORDERED, ADJUDGED, AND DECREED that the above-entitled action is dismissed with prejudice and without costs to either of the parties.

Dated June 3, 2016.

BY THE COURT:

/s/ *Karen E. Schreier*

KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE